```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A05-0111--CV (RRB)
                "USA V GARY C. HINKLE ET AL"

       Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 05/19/05
           Closed: NO

     Jurisdiction: (1) U.S. Plaintiff
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (891) Agricultural Acts
                  ACTION FOR RECOVERY OF RESPONSE COSTS
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Waived
         Trial by: Jury
```

```
Parties of Record:                      Counsel of Record:

PLF 1.1       UNITED STATES OF AMERICA      Regina R. Belt
                                            Environment & Natural Resources
                                            801 B Street, Suite 504
                                            Anchorage, AK 99501-3657
                                            907-271-3456
                                            FAX 907-271-5827

DEF 1.1       HINKLE, GARY C.                Kneeland L. Taylor
                                            237 E. Fireweed Lane, Suite 302
                                            Anchorage, AK 99503
                                            907-248-1003
                                            FAX 907-279-1136

DEF 2.1       HINKLE, JUDITH A.              Kneeland L. Taylor
                                            (see above)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0111--CV (RRB)
                              "USA V GARY C. HINKLE ET AL"

                                   For all filing dates
```

     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
      Magistrate Judge:
        Referral Rule:
               Filed: 05/19/05
              Closed: NO

         Jurisdiction: (1) U.S. Plaintiff
        PLF Diversity:
        DEF Diversity:

       Nature of Suit: (891) Agricultural Acts
                       ACTION FOR RECOVERY OF RESPONSE COSTS
               Origin: (1) Original Proceeding
               Demand:
           Filing fee: Waived
             Trial by: Jury


```
Document #   Filed      Docket text

    1 -  1   05/19/05   Complaint filed.

    2 -  1   05/19/05   PLF 1 Notice of related cases.

    3 -  1   05/23/05   PLF 1 motion (request) for substitution of local counsel as attorney for
                        service by the court.

    3 -  2   05/25/05   RRB Order granting mot (req) for sub of local cnsl as atty for svc by
                        crt (3-1). cc: cnsl

    4 -  1   06/22/05   PLF 1 Notice of filing waiver of svc of summons re: DEF 1 & 2 w/att
                        waivers.

    5 -  1   07/13/05   DEF 1-2 Attorney Appearance of Kneeland Taylor

    6 -  1   07/19/05   RRB Minute Order plaintiff is required to take action as to case not at
                        issue.  Plf to require and answer or apply for default.  cc: cnsl

    7 -  1   07/20/05   DEF 1-2 Unopposed motion for extension of time until 7/25/05 to file
                        answer.

    7 -  2   07/21/05   RRB Order granting unopposed motion for extension of time until 7/25/05
                        to file answer (7-1).  cc: cnsl

    8 -  1   07/25/05   DEF 1-2 Answer to Complaint.

    9 -  1   07/25/05   DEF 1-2 Jury Demand.

   10 -  1   07/25/05   DEF 1-2 Affidavit of service re: complaint and demand for jury/.

   11 -  1   07/26/05   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

   12 -  1   08/23/05   DEF 1-2 Joint Status Report re: parties engaged in settlement.  Counsel
                        to file a report by 9/16/05 if negotiations are not successful.

   13 -  1   08/29/05   RRB Minute Order that further stat rpt due by 9/16/05. cc: cnsl
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE A05-0111--CV (RRB)
                         "USA V GARY C. HINKLE ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 09/16/05 | PLF 1; DEF 1-2 Second Jnt Status Report. |
| 15 - 1 | 09/20/05 | RRB Minute Order that further stat rpt due by 10/18/05. cc: cnsl |
| 16 - 1 | 10/18/05 | PLF 1; DEF 1-2 Third Joint Status Report. |
| 17 - 1 | 10/19/05 | RRB Minute Order that further stat rpt due by 11/15/05. cc: cnsl |
| 18 - 1 | 11/15/05 | PLF 1; DEF 1-2 Fourth Jnt Status Report. |
| 19 - 1 | 11/23/05 | PLF 1 Notice of lodging consent decree. |