ELLEN MAHAN
Deputy Section Chief
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
Washington, D.C.  20044-7611
REGINA R. BELT, Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:  (907) 271-3456
Facsimile:  (907) 271-5827
regina.belt@usdoj.gov

Attorneys for Plaintiff United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>                          Plaintiff, )<br>       v. )<br>GARY C. HINKLE and JUDITH A. HINKLE, )<br><br>                          Defendants. ) | No. 3:05-CV-0111 (RRB) |

**PLAINTIFF UNITED STATES' UNOPPOSED MOTION FOR ENTRY OF "CERCLA CONSENT DECREE FOR SETTLEMENT OF RESPONSE COSTS AND CIVIL PENALTY CLAIMS ASSOCIATED WITH THE RIVER TERRACE RV PARK SITE"**

On May 19, 2005, Plaintiff United States filed a complaint against Gary and Judith Hinkle

("the Hinkles") pursuant to Sections 107, 109 and 122 of the Comprehensive Environmental

Response, Compensation, and Liability Act of 1980, as amended ("CERCLA"), 42 U.S.C. §§ 9607,

9609, and 9622, seeking: (1) recovery of the United States' response costs associated with the

removal action undertaken by the Hinkles at the River Terrace RV Park Site in Soldotna, Alaska pursuant to an administrative order on consent ("AOC") that they had entered into with the Environmental Protection Agency ("EPA"); and (2) assessment of a civil penalty against the Hinkles for their failure to reimburse EPA for response costs incurred by the United States in connection with overseeing that removal action and enforcing the AOC.  Clerk's Docket No. 1 (Complaint).

Shortly after the Complaint was filed, the parties began a settlement dialogue that culminated in the lodging, on November 22, 2005, of a "CERCLA Consent Decree For Settlement of Response Costs and Civil Penalty Claims Associated with the River Terrace RV Park Site" ("Consent Decree" or "Decree") that, if entered, would resolve all of the claims in this action.  *See* Clerk's Docket No. 19 (Notice Of Lodging Consent Decree).  Following lodging of the Consent Decree, the United States published notification in the Federal Register of the availability of the Decree for public review and comment for a period of thirty days.  70 Fed. Reg. 73,030 (December 8, 2005).  No comments were received, and no other information has come to the attention of the United States that would warrant modification of, or withdrawal from, the proposed Decree.   The Hinkles have consented to entry of the Decree without further notice.  Decree, ¶ 21.  Accordingly, the United States now moves for entry of the Consent Decree as an order of the Court.  A supporting memorandum will be filed contemporaneously with this motion.

RESPECTFULLY SUBMITTED this 13th day of March, 2006 at Anchorage, Alaska.


/s/ Regina R. Belt
REGINA R. BELT, Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:  (907) 271-3456
Facsimile:   (907) 271-5827
Email:  regina.belt@usdoj.gov

Attorney for Plaintiff United States

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2006, I served on the following counsel of record by the method identified below a copy of the foregoing PLAINTIFF UNITED STATES' UNOPPOSED MOTION FOR ENTRY OF "CERCLA CONSENT DECREE FOR SETTLEMENT OF RESPONSE COSTS ASSOCIATED WITH THE RIVER TERRACE RV PARK SITE":

Kneeland Taylor, Esquire                     (Via U.S. First Class Mail, Postage Prepaid)
Law Office of Kneeland Taylor, P.C.
425 "G" Street, Suite 610
Anchorage, AK 99501

/s/ Regina R. Belt

UNOPPOSED MOTION FOR ENTRY OF DECREE     3